IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN RICHARD MILLER,                                    CV. 08-620-MA

        Petitioner,                                    JUDGMENT

    v.

MARK NOOTH,

        Respondent.

MARSH, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this _15_ day of October, 2009.


                    __/s/  Malcolm F. Marsh_____
                    Malcolm F. Marsh
                    United States District Judge


1 -- JUDGMENT